# EXHIBIT B

# Prudential Financial

☐ The Prudential Insurance Company of America
☐ Pruco Life Insurance Company, a subsidiary of
The Prudential Insurance Company of America
Corporate Offices, Newark, New Jersey

**Application for Life Insurance or Policy Change**

☐ Check here if policy change.

**Part 1** Policy number _____

**A About the Primary Proposed Insured**

1. Name of primary proposed insured (or current insured person, if policy change)
   Rosalind Guild
   (First name, middle initial, last name)
2. Social Security number  [REDACTED]
3. Sex  ☒ female  ☐ male
4. Marital status  ☐ single  ☐ married  ☒ widowed  ☐ separated  ☐ divorced
5. Date of birth  [REDACTED]
6. Age  80
7. State of birth (country if not U.S.)  New York
8. Billing address  22607 Esplanada Circle
   (street, city, state, ZIP)
   Boca Raton  FL  33433

9. Home address
   (if different)  (street, city, state, ZIP)

10. Home telephone number  [REDACTED]
11. Business telephone number (___) _____
12. Current employer  Retired
13. List all existing life insurance coverage.  ☐ Check here if none.

| Company | Amount | Year issued | Type of insurance | To be replaced? |
|---|---|---|---|---|
| Jefferson Pilot | $1m | 04 | ☒ Individual ☐ Group | ☐ Yes ☒ No |
|  | $ |  | ☐ Individual ☐ Group | ☐ Yes ☐ No |
|  | $ |  | ☐ Individual ☐ Group | ☐ Yes ☐ No |
|  | $ |  | ☐ Individual ☐ Group | ☐ Yes ☐ No |
|  | $ |  | ☐ Individual ☐ Group | ☐ Yes ☐ No |

**B All Other Proposed Insureds** (Include applicant if requesting Applicant's Waiver of Premium [AWP] Benefit)

| Name (first, initial, last) | relationship to primary proposed insured | sex (F/M) | date of birth (M/D/Y) | age | state of birth (country if not U.S.) | total life insurance in all companies |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

ORD 96200-98

Application for Life Insurance or Policy Change

**Part 1**

### C  Coverage Information

1. Plan of insurance __UL Vortex for_____ (Pru Plus)
   If applicable to the plan, check one. ☒ Level Death Benefit  ☐ Variable Death Benefit
2. Initial amount of insurance  $ 5,000,000
3. Supplementary benefits and riders
   - ☐ Waiver of Premium
   - ☐ Applicant's Waiver of Premium
   - ☐ Automatic Premium Loan
   - ☐ Acceleration of Death Benefits (Living Needs Benefit)
   - ☐ Accidental Death Benefit  $_____
   - ☐ Option to Purchase Additional Insurance (OPAI) $_____
   - ☐ Option to Purchase Paid-up Life Insurance Additions
     (include details in section G, **Special Requests**)

   Other riders and benefits (indicate amount where applicable) _____

### D  Beneficiaries and Ownership
*(If trust, provide name of trust, trustee and date of trust)*

1. Beneficiary Information

| | Name | Relationship to primary proposed insured | Age |
|---|---|---|---|
| Primary (Class 1) | Joan Guild | Daughter | 43 |
| Contingent (Class 2) | | | |

2. Is the policyowner someone other than the primary proposed insured?  ☒ Yes  ☐ No
   (If Yes, provide information requested below.)
   Name  Roselind Guild Family Insurance Irrevocable Trust   Date of birth __/__/__
        (First name, middle initial, last name)                    month day year
   Address  400 Northridge Road Suite 600
            (street, city, state, ZIP)
            Atlanta, GA 30350

### E  Payment Information

1a. Within the past 90 days, has any proposed insured been hospitalized or been advised by a member of the medical profession that he or she needs hospitalization for any reason other than for normal pregnancy or well-baby care?   ☐ Yes  ☒ No

b. Within the past 12 months, has any proposed insured received treatment or advice from a member of the medical profession for heart disease, chest pain, stroke or cancer (except skin)?   ☐ Yes  ☒ No

2. Is a medical examination required on the primary proposed insured?  we have    ☒ Yes  ☐ No
   second proposed insured?                                                        ☐ Yes  ☐ No

3. Premium payment mode  (collect full modal premium if prepaid)
   ☒ Annual    ☐ Semiannual    ☐ Quarterly    ☐ Monthly
   ☐ Electronic Funds Transfer (EFT)    ☐ Payroll Budget    ☐ Government Allotment

4. Amount of prepayment submitted with this application $ ___-0-___ (include any unscheduled premium payments)
   ☒ None (must be **None** if 1a or 1b is **Yes**, except for Gibraltar [GIB] products)

5. Date prepayment collected, __/__/__
                              month day year

### F  Replacement
For any proposed insured, would this insurance replace or cause a change in any existing insurance or annuity in any company?  (If Yes, enclose all required replacement forms.)   ☐ Yes  ☒ No

### G  Special Requests
- Approved as Pret Plus
- Please backdate to save age 79

ORD 96200-98

# Part 1

Application for Life Insurance or Policy Change

**Background on Proposed Insureds**

1. Has either the primary proposed insured or second proposed insured (if any) ever used tobacco or other nicotine products such as cigarettes, cigars, pipe, chewing tobacco, snuff, nicotine gum or nicotine patch? *(If Yes, provide date when last used and indicate all types of products.)*  ☐ Yes  ☒ No

   Date (mo., yr.)         Product(s)

   Primary proposed Insured  _____  _____

   Second proposed insured  _____  _____

2. What are the occupation and duties of the primary proposed insured?  **Retired**

3. Within the last two years, has any proposed insured done or does he or she plan to do the following:

   a. operate or have any duties aboard an aircraft, glider, balloon or similar device?  ☐ Yes  ☒ No
   *(If Yes, complete Aviation Questionnaire.)*

   b. participate in hazardous sports, such as auto, motorcycle, snowmobile or powerboat competitions/exhibitions, scuba diving, mountain climbing, parachuting, skydiving or any other such sport or hobby? *(If Yes, complete Avocation Questionnaire.)*  ☐ Yes  ☒ No

4. Is any proposed insured applying for or requesting reinstatement or policy change(s) of any other life or health insurance policy? *(If Yes, provide insurance company, policy plan and amount.)*  ☐ Yes  ☒ No

5. Has any proposed insured been convicted of, or currently charged with, the commission of any criminal offense – other than the violation of a motor vehicle law – within the last 10 years?  ☐ Yes  ☒ No
   *(If Yes, provide details.)*

6. a. Driver's license number and state of issue of primary proposed insured _____

   [REDACTED]

   b. In the last three years, has any proposed insured:

   (1) had a driver's license denied, suspended or revoked?  ☐ Yes  ☒ No

   (2) been convicted of or cited for
   (a) three or more moving violations?  ☐ Yes  ☒ No
   (b) driving under the influence of alcohol or drugs?  ☐ Yes  ☒ No

   (3) been involved as a driver in two or more auto accidents?  ☐ Yes  ☒ No
   *(If Yes to any of the above, provide details, including type of violation, accident, or reason for denial, suspension or revocation.)*

7. Does any proposed insured plan to live or travel outside the United States or Canada within the next 12 months? *(If Yes, list countries and purpose and duration of each trip.)*  ☐ Yes  ☒ No

**Additional Coverage**

Complete only if this is an application for additional coverage on a person already covered by a Prudential or Pruco policy with an application date within three months of the date of this application.

To the best of your knowledge, has the health or the mental or physical condition of any person proposed for insurance changed since the answers and statements were given in the application included in policy number _____?  ☐ Yes  ☐ No

*(If Yes, complete the appropriate Part 2 Medical Information section.)*

**Changes**

Changes made by the Company (not applicable in New Mexico or West Virginia)

ORD 96200-98

| Part 2 | **Medical Information** | | | | Application for Life Insurance or Policy Change |

**Category II**
**Changes and Plans other than Gibraltar (GIB)**

1. Family record

| | Current age or age at death | Year and cause of death | | Current age or age at death | Year and cause of death |
|---|---|---|---|---|---|
| Father | 70+ | lung cancer | Mother | 80+ | Leukemia |
| Brother | | | Sister | | |
| Brother | | | Sister | late 80's | old age |
| Brother | | | Sister | late 80's | melanoma |

2. Has anyone proposed for coverage been diagnosed with or treated by a member of the medical profession for

   a. chest pain or any disorder of the heart or blood vessels?

   b. high blood pressure?

   c. cancer, tumor, leukemia, melanoma or lymphoma?

   d. diabetes or high blood sugar?

   e. mental or psychiatric illness?

   f. Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC)?

   g. Infection caused by the Human Immunodeficiency Virus (HIV)? (**Not applicable in California.** **Wisconsin:** AIDS virus HIV antibody testing is limited to FDA-licensed enzyme immunoassay and confirmatory HIV antibody tests. Any test performed at an anonymous counseling and testing site or home testing is confidential and need not be revealed on this application.)

   h. any sexually transmitted diseases?

   i. asthma or any disorder of the lungs?

   j. any disorder of the brain or nervous system?

   k. hepatitis or any disorder of the liver, stomach or intestines?

   l. any disorder of the kidney or urinary tract?

3. Is anyone proposed for coverage currently taking prescription medication?

4. Other than above, has anyone proposed for coverage

   a. been a patient in a hospital or other medical facility?

   b. In the last five years, had or been advised to have surgery, medical tests (other than HIV) or diagnostic procedures such as ECGs, stress tests, X-rays, blood tests, urine tests, etc.?

5. Has anyone proposed for coverage

   a. used, or is he or she now using, cocaine, amphetamines, marijuana, heroin or other drugs, except as prescribed by a member of the medical profession?

   b. had or been advised to have treatment or counseling for alcohol or drug use?

6. Does anyone proposed for coverage have any disease, disorder or condition not previously mentioned?

7. Has anyone proposed for coverage had life or health insurance declined, postponed or issued with an increased premium? (**Missouri:** this question may be answered No if an individual has been declined for coverage.)

8. Is anyone proposed for coverage currently unable to perform his or her normal daily activities or all normal occupational duties on a full-time basis at the customary place of employment?

9. Has anyone proposed for coverage requested or received disability or compensation benefits?

REDACTED

(continued on next page)

ORD 96200-98

| Part 2 | **Medical Information** | | | Application for Life Insurance or Policy Change |
|---|---|---|---|---|
| **M Category II Changes and Plans other than Gibraltar (GIB)** *(continued)* | 10. Details of "Yes" answers for questions 2-9 | | | |
| | Question number and name of proposed insured | Indicate illness, hospitalization, reason for checkup, medication and any advice or treatment given by a medical professional | Dates and duration of illness | Name, address and telephone number of medical professionals and hospitals |

REDACTED

REDACTED

For additional medical details, use another application.

ORD 96200-96

## Terms and Conditions

The words "I" and "my" refer to the primary proposed insured and policyowner or applicant, if other than the primary proposed insured. The word "Company" refers to the company checked at the beginning of this application.

Unless I have specified a policy date or special payment plan (e.g., government allotment, payroll budget) in this application, I understand that if the initial premium is not paid with this request for coverage, the policy will become effective when all of the following conditions are met:

- the policy is issued, delivered and I accept it,
- the health of all persons proposed for insurance remains as stated in the application and
- the first premium is paid in full and the check or other form of payment is good and can be collected.

If the Company enters any change in section J, I approve the change by accepting the policy unless the law requires written consent to changes. No Company representative can make or change a policy, or waive any of the Company's rights or requirements.

The Company will pay the beneficiary named in the application (or in the policy if requesting a policy change and no beneficiary has been named in the application) any applicable insurance benefit either at the death of the primary insured or at the death of an insured child after the death of the primary insured if there is no insured spouse.

For policy changes, the existing policyowner and beneficiary designation will be used unless a new policyowner or beneficiary designation is provided in this application.

The policyowner is either the primary proposed insured or the applicant unless a different policyowner is named in the application. This is subject to any provisions for the automatic transfer of ownership stated in the policy.

If joint policyowners are named, in the event of the death of one policyowner, the survivor(s) shall be the policyowner(s), unless otherwise specified.

## Signatures

I certify, affirm and understand the following:

- To the best of my knowledge and belief, the statements in this application, as well as any forms that the Company designates to be part of the application and that are attached to the policy, are complete, true and correctly recorded.
- Except for failure to pay premium or fraud, the Company will not contest the validity of this policy or change request after it has been in force during the insured's lifetime for two years from the date it takes effect.
- I will inform the Company of any changes in my or any proposed insured's health, mental or physical condition, or of any changes to any answers on this application, prior to or upon delivery of this policy.
- If I have requested the Acceleration of Death Benefits (Living Needs Benefit), I have read the disclosures in the brochure (ORD 87246).
- I have received and read the Terms and Conditions shown above and the Important Notice About Your Application for Insurance.
- I believe this policy meets my insurance needs and financial objectives. For a variable product: I acknowledge receipt of a current prospectus for the policy. I understand that the policy's value and death benefit may vary depending on the policy's investment experience.
- My original signature has been affixed to this application. the original application will be retained by the Company and I will receive a copy identical in form and substance to the original, attached to my policy.

(continued on next page)

ORD 96200-99

Signatures (continued)

- Not applicable in Arizona:

    Any person who knowingly and intentionally gives false or deceptive information when completing an application for insurance or filing a claim, for the purpose of defrauding an insurance company:
    - may have committed fraud, or may have violated state law,
    - Arkansas, District of Columbia, Hawaii, Louisiana, New Mexico, Tennessee and Virginia: may be subject to fines, denial of insurance benefits, or confinement in prison,
    - Colorado: penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Signed at ___Atlanta, GA___ (city, state)     on ___09/09/05___ month day year

Signature of primary proposed insured, if age 8 or over, or of currently insured person, if policy change     X _Rosalind Guild_

Signature of spouse (applicable in South Carolina, if proposed for coverage.)     X _____

Signature of policyowner (if different from the primary proposed insured) or of existing policyowner if a policy change. If the policyowner is a firm or corporation, give that company's name and have an officer sign below.     X _____

Signature and title of officer of firm or corporation     X _Rosalind Guild Family Insurance Irrevocable Trust by Wells Fargo Bank, N.A. as Trustee_ _Elizabeth T. Wagner, VICE PRESIDENT_, VP

Signature of applicant, if different from primary proposed insured or policyowner ___Wells Fargo___

Signature of beneficiary, if policy change and rights are limited     X _____

Signature of witness (Licensed Writing Representative must witness.)     X _____

Licensed Writing Representative's Certification

Do you have any information, other than that stated in this application, which indicates that any proposed insured may replace or change any current insurance or annuity in any company?     ☐ Yes ☒ No

Signature of Writing Representative     X _____

ORD 96200-98